NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEO O. ROBINSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7045

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-1854, Judge John J. Farley, III.

---

## ON MOTION

---

## ORDER

Leo Robinson moves for reconsideration of the court's March 2, 2012 order dismissing this appeal.

On March 2, 2012, this court dismissed this appeal for failure to pay the docketing fee.

It appears that Robinson's motion was filed with the United States Court of Veterans Claims, which subsequently transferred the motion to this court. Although

Robinson states in his motion that he has "enclosed a check for the appellate docketing fee", no such check was transferred with his motion and this court has no record of Robinson paying the court's docketing fee.

Accordingly,

IT IS ORDERED THAT:

Robinson is directed to complete the enclosed "Motion and Declaration for Leave to Proceed in Forma Pauperis" or pay this court's docketing fee within 21 days from the date of filing of this order.

FOR THE COURT

**MAY 0 9 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Bruce W. Ebert, Esq. (IFP Form enclosed)
 Martin F. Hockey, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2012

JAN HORBALY
CLERK